**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-02871-RM-KMT

THOMAS J. BUSCH,

Plaintiff,

v.

TERESA GILLIAN F., #14062,

Defendant.

___

## ORDER
___

This matter is before the Court *sua sponte* upon review of the papers (ECF No. 17) and flash drive (ECF No. 18) (containing a video dated July 21, 2018, with "AXON Body 2") filed by Plaintiff. First, page 1 of the papers state that a copy was left with the court for Defendant but, in fact, the court only received one copy which has been filed as ECF No. 17. Next, Plaintiff provides no motion or other document indicating the purpose for these filings and what relief, if any, Plaintiff seeks with such filings. The Court recognizes Plaintiff appears pro se but he still must follow the rules of civil procedure and provide some indication to support his filings. *See Requena v. Roberts*, 893 F.3d 1195, 1205 (10th Cir. 2018) (a pro se plaintiff must comply with the same rules of civil procedure as other litigants). Therefore, Plaintiff must provide a motion or status report with an explanation for his filings.

The Court strongly encourages Plaintiff to contact the Federal Pro Se Clinic which provides free assistance to people representing themselves in the U.S. District Court for the District of Colorado. The Clinic cannot assist with criminal, bankruptcy, habeas, appeals, or any state cases. If Plaintiff wishes to avail himself of this service, he may make an appointment by

phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic.  The Clinic is located at: Alfred A. Arraj Courthouse (first floor), 901 19th Street, Denver, CO 80294.  Walk-in appointments may also be available, but only on a space-available basis.

Based on the foregoing, it is ORDERED that on or before Friday, March 29, 2019, Plaintiff shall file a motion (if he is seeking relief) or a status report setting forth the purpose for such filings.  The failure to do so may result in the Court summarily striking the filings.

DATED this 15th day of March, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge